Probation Form No. 35 (1/92)

Report and Order Terminating
Supervised Release
Prior to Original Expiration Date

**UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF ARKANSAS**

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAY 05 2006

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

UNITED STATES OF AMERICA

v.                                                                Crim. No. 4:91CR00236-004 GH

GARY HANEY

      On September 8, 1992, the above-named defendant was sentenced for the offense of Count 1, conspiracy to distribute cocaine, and Count 2, conspiracy to distribute marijuana, to a prison term of 163 months, with a 5-year term of supervised release to follow. In addition, the following special conditions were ordered: mandatory drug testing and a $100 special penalty assessment.

Upon release from prison the defendant began supervision on April 19, 2004. Mr. Haney has maintained employment and a stable residence for 24 months. He has not had any violations and has been compliant with all conditions imposed. He has made progressive strides toward achieving supervision objectives and appears to pose no risk to public safety. His criminal history does not include any history of violence.

Mr. Haney meets the criteria for early termination recommended by the Judicial Conference Committee on Criminal Law under 18 U.S.C. 3583 (e)(1); additionally, he has completed 2 years of supervision as required by statute. Therefore, it is recommended that the term of supervision be terminated.

                                                Respectfully submitted,

                                                Alan Schoenel for
                                                Elaine P. Staton
                                                U.S. Probation Officer

Agree: _____
        Assistant U.S. Attorney

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervised release and that the proceedings in the case be terminated.

Date this __5__ day of __May, 2006__.

_____
Honorable George Howard, Jr.
U.S. District Judge